JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov
*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jessyca Goodman Garcia,<br><br>                    Plaintiff,<br><br>          v.<br><br>Micah Gill, an individual; United States of America; Malco Enterprises of Nevada, Inc., a domestic corporation d/b/a Budget Car and Truck Rental of Las Vegas and/or Budget Las Vegas; Does I through X, inclusive; and Roe Business Entities XI through XX, inclusive,<br><br>                    Defendants. | Case No. 2:21-cv-01308-RFB-VCF<br><br><br>**Stipulation and Order** |

Plaintiff Jessyca Goodman Garcia ("Plaintiff") and Defendants United States of America and Micah Gill (collectively "Federal Defendants") stipulate to, and request that the Court issue an order approving, the following terms:

1.       Micah Gill ("Gill"), individually, is dismissed as a defendant from this action with prejudice;

2.       Plaintiff shall not appeal the dismissal of Gill in case no A-18-778518-C (Eighth Judicial District Court, Clark County, Nevada) (the "State Court Case") or otherwise seek to assert or re-assert against Gill any lawsuits, claims, causes of action, proceedings, or demands for money or other relief for any acts or omissions arising out of the events alleged in Plaintiff's complaint in the State Court Case and/or alleged in Plaintiff's Complaint, ECF No. 1, in this federal action;

3.     The Complaint's Third, Fourth and Fifth Causes of Action are dismissed with prejudice as against Federal Defendants only;

4.     Federal Defendants' Motion to Dismiss and Strike Portions of Complaint, ECF No. 11, is withdrawn, and this moots the need for the Court to prepare for and address such motion at the hearing scheduled for June 22, 2022, *see* ECF No. 23 (setting two motions for hearing);

5.     The United States will not file a dispositive motion on the grounds of time bar/statute of limitations; and

6.     The caption for this action shall be modified, for all future filings and papers served, as shown on Exhibit A hereto to reflect that Gill is no longer a party to this action.

Respectfully submitted this 16th day of June 2022.

CHRISTIANSEN TRIAL LAWYERS

/s/ Whitney J. Barrett
PETER S. CHRISTIANSEN, ESQ.
NV Bar No. 5254
R. TODD TERRY, ESQ.
NV Bar No. 6519
WHITNEY J. BARRETT, ESQ.
NV Bar No. 13662
*Attorneys for Plaintiff*

JASON M. FRIERSON
United States Attorney

/s/ Patrick A. Rose
PATRICK A. ROSE, ESQ.
Assistant United States Attorney
*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:**  ___June 17, 2022___

2