# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JESSYCA GOODMAN GARCIA, | |
| Plaintiff, | |
| v. | 2:21-cv-01308-RFB-VCF |
| MICAH GILL, AN INDIVIDUAL; UNITED STATES OF AMERICA; MALCO ENTERPRISES OF NEVADA, INC., A DOMESTIC CORPORATION D/B/A BUDGET CAR AND TRUCK RENTAL OF LAS VEGAS AND/OR BUDGET LAS VEGAS; DOES I THROUGH X, INCLUSIVE; AND ROE BUSINESS ENTITIES XI THROUGH XX, INCLUSIVE, | **ORDER** |
| Defendant. | |

The United States filed a notice of withdrawal without prejudice of the motion to compel (ECF No. 32).

Accordingly,

IT IS HEREBY ORDERED that the video conference hearing on the motion to compel (ECF No. 22), scheduled for 11:00 AM, September 28, 2022, is VACATED.

DATED this 28th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE