SCOTT L. ROGERS, ESQ.
Nevada Bar No. 13574
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
**MESSNER REEVES LLP**
8945 W. Russell Road, Ste. 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile:  (702) 363-5101
E-mail:  srogers@messner.com
         sknauss@messner.com
*Attorneys for Defendant*
*Malco Enterprises of Nevada, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSYCA GOODMAN GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; MALCO ENTERPRISES OF NEVADA, INC., a domestic corporation d/b/a BUDGET CAR and TRUCK RENTAL OF LAS VEGAS and/or BUDGET LAS VEGAS; Does I through X, inclusive; and Roe Business Entities XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-01308-RFB-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Defendant MALCO ENTERPRISES OF NEVADA, INC., d/b/a BUDGET CAR AND TRUCK RENTAL OF LAS VEGAS, and/or BUDGET LAS VEGAS, by and through its counsel of record, Scott L. Rogers, Esq., and Steven G. Knauss, Esq., of that law firm MESSNER REEVES LLP, Defendant UNITED STATES OF AMERICA, by and through its counsel, Patrick A. Rose, Esq., of the office of the UNITED STATES ATTORNEY, DISTRICT OF NEVADA, and Plaintiff, by and through her counsel of record, Peter S. Christiansen, Esq., R. Todd

///
///
///
///

Terry, Esq., and Whitney J. Barrett, Esq., of the law firm CHRISTIANSEN TRIAL LAWYERS, that the above-entitled matter be dismissed with prejudice, with each of the parties to pay their own attorneys' fees and costs incurred herein.

DATED this 8th day of ~~August~~ September, 2022.   DATED this 7th day of ~~August~~ September, 2022.

**MESSNER REEVES LLP**   **CHRISTIANSEN TRIAL LAWYERS**

/s/ Steven Knauss

SCOTT L. ROGERS, ESQ.
Nevada Bar No. 13574
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
8945 W. Russell Road, Ste. 300
Las Vegas, Nevada 89148
*Attorneys for Defendant
Malco Enterprises of Nevada, Inc.*

PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6516
WHITNEY J. BARRETT, ESQ.
Nevada Bar No. 13662
710 S. 7th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 8th day of ~~August~~ September, 2022.

**JASON M. FRIERSON**
**UNITED STATES ATTORNEY**
**DISTRICT OF NEVADA**

/s/ Patrick A. Rose

PATRICK A. ROSE, ESQ.
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I certify that I am an employee of MESSNER REEVES LLP and that on this 8th day of September, 2022, I served a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** to all parties on file:

[ ]   Hand Delivery

[ ]   FACSIMILE TRANSMISSION

[ ]   U.S. MAIL, POSTAGE PREPAID

[X]   **CM/ECF E-Filing Service System**

[ ]   Electronic Mail

Peter S. Christiansen, Esq.
R. Todd Terry, Esq.
Whitney J. Barrett, Esq.
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Jason M. Frierson, Esq.
Patrick A. Rose, Esq.
UNITED STATES ATTORNEYS
DISTRICT OF NEVADA
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101
*Attorneys for the United States*

/s/ *Jessica Rogers*
Employee of MESSNER REEVES LLP

| | |
|---|---|
| 1 | SCOTT L. ROGERS, ESQ. |
| | Nevada Bar No. 13574 |
| 2 | STEVEN G. KNAUSS, ESQ. |
| | Nevada Bar No. 12242 |
| 3 | **MESSNER REEVES LLP** |
| | 8945 W. Russell Road, Ste. 300 |
| 4 | Las Vegas, Nevada 89148 |
| | Telephone: (702) 363-5100 |
| 5 | Facsimile:  (702) 363-5101 |
| | E-mail:  srogers@messner.com |
| 6 | sknauss@messner.com |
| | *Attorneys for Defendant* |
| 7 | *Malco Enterprises of Nevada, Inc.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSYCA GOODMAN GARCIA, an individual, | Case No.: 2:21-CV-01308-RFB-VCF |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA; MALCO ENTERPRISES OF NEVADA, INC., a domestic corporation d/b/a BUDGET CAR and TRUCK RENTAL OF LAS VEGAS and/or BUDGET LAS VEGAS; Does I through X, inclusive; and Roe Business Entities XI through XX, inclusive, | |
| Defendants. | |

This matter having come before the Court on the STIPULATION FOR DISMISSAL WITH PREJUDICE between Plaintiff JESSYCA GOODMAN-GARCIA, and Defendant UNITED STATES OF AMERICA and Defendant MALCO ENTERPRISES OF NEVADA, INC., d/b/a BUDGET CAR AND TRUCK RENTAL OF LAS VEGAS, and/or BUDGET LAS VEGAS, and with the Court being otherwise fully advised in the premises, it is hereby:

///

///

///

///

///

ORDERED, ADJUDGED AND DECREED, that all claims of Plaintiff against all Defendants in this action be dismissed with prejudice, with each party bearing hers or its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

Dated:

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of September, 2022.

Respectfully submitted by:

**MESSNER REEVES LLP**

/s/ *Steven Knauss*
_____
SCOTT L. ROGERS, ESQ.
Nevada Bar No. 13574
STEVEN G. KNAUSS, ESQ.
Nevada Bar No. 12242
8945 W. Russell Road, Ste. 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*
*Malco Enterprises of Nevada, Inc.*



MESSNER REEVES LLP